IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| TERRY JOHNSON, obo T.H., | ) | |
| | ) | CASE NO. 1:15-CV-648 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | MAGISTRATE JUDGE |
| COMMISSIONER OF SOCIAL | ) | KENNETH S. McHARGH |
| SECURITY ADMINISTRATION, | ) | |
| | ) | JUDGMENT ENTRY |
| Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion & Order filed September 13, 2016, the Court VACATES the decision of the Commissioner of Social Security and REMANDS the case back to the Social Security Administration.

IT IS SO ORDERED.

s/ Kenneth S. McHargh<br>
Kenneth S. McHargh<br>
United States Magistrate Judge

Date: September 13, 2016.